UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
IPC LENDER, LLC,                                             :
                                                             :
                                          Plaintiff,         :
                                                             :              26-CV-3104 (VSB)
                         -against-                           :
                                                             :              **ORDER**
LED GREENLIGHT INT'L LLC,                                    :
                                                             :
                                          Defendant.         :
                                                             :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

 I have reviewed Plaintiff's complaint, filed on April 15, 2026.  (Doc. 1 ("Compl.").)  In the complaint, Plaintiff alleges that "[t]his Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the parties are of diverse citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs."  (*Id.* ¶ 15.)  Plaintiff also alleges that it is a "limited liability company organized and operating under the laws of the state of Delaware with a business address at 75 Charter Oak Avenue, Suite 1-200, Hartford, CT 06106," and that Defendant is "a Nevada limited liability company having its primary place of business at 12246 Rivendell Court, Nampa, ID 83686."  (*Id.* ¶¶ 2–3.)  For purposes of diversity of citizenship under 28 U.S.C. § 1331(a), an LLC "takes the citizenship of each of its members."  *Bayerische Landesbank, New York Branch v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012).  Courts are "entitled at any time *sua sponte* to delve into the issue of whether there is a factual basis to support the District Court's exercise of subject matter jurisdiction."  *Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., Div. of Ace Young Inc.*, 109 F.3d 105, 108 (2d Cir. 1997).  Therefore, on or before April 31, 2026, Plaintiff shall file a brief supplemental submission confirming the citizenship of the members of both Plaintiff and Defendant limited liability companies and that diversity jurisdiction is proper over this matter.

SO ORDERED.

Dated:        April 24, 2026
              New York, New York

Vernon S. Broderick
United States District Judge