UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IPC LENDER, LLC,<br><br>                    Plaintiff,<br><br>          -against-<br><br>LED GREENLIGHT INTERNATIONAL, LLC,<br><br>                    Defendant. | 26-CV-03104 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant's time to answer the complaint is extended until **July 2, 2026**. Plaintiff shall

serve this order, along with the complaint and the proposed default judgment, on Defendant by

sending copies by mail and email to all known addresses of Defendant and each of its members.


DATED:  June 5, 2026                          SO ORDERED.
          New York, NY

_____

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**