UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IPC LENDER, LLC,<br><br>                    Plaintiff,<br><br>        -against-<br><br>LED GREENLIGHT INTERNATIONAL, LLC,<br><br>                    Defendant. | 26-CV-03104 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff is ordered to serve the Certificate of Default at ECF 16 on Defendant by sending a copy by mail and email to all known addresses of Defendant and each of its members by **June 18, 2026**. Plaintiff shall file onto the docket proof of its service on Defendant by the same day.

Plaintiff is reminded that I previously ordered it to serve the complaint and proposed default judgment on Defendant by sending copies by mail and email to all known addresses of Defendant and each of its members. (ECF 12.) Plaintiff's deadline to serve the complaint and proposed default judgment on Defendant and to file proof of its service onto the docket is **June 18, 2026**.

DATED:  June 11, 2026                    SO ORDERED.
          New York, NY

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**