UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IPC LENDER, LLC, Plaintiff, -against- LED GREENLIGHT INT'L, LLC, Defendant. | : | 26-CV-3104 (VSB) **DEFAULT JUDGMENT** |

VERNON S. BRODERICK, United States District Judge:

In accordance with my comments at the Order to Show Cause hearing on August 27, 2026, it is hereby:

ORDERED that default judgment as to liability is entered in favor of Plaintiff IPC Lender, LLC on its breach of contract claim and against Defendant LED Greenlight International, LLC. This case will be referred to Magistrate Judge Robyn F. Tarnofsky for an inquest on damages.

SO ORDERED.

Dated: August 27, 2026
New York, New York

Vernon Broderick
Vernon S. Broderick
United States District Judge