UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IPC LENDER, LLC,

Plaintiff,

-against-

LED GREENLIGHT INTERNATIONAL, LLC,

Defendant.

26-CV-03104 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 1, 2026, I ordered Plaintiff by September 22, 2026 to file a Proposed Findings of Fact and Conclusions of Law ("PFFCL") to support its application for damages after Defendant's default, to serve of the PFFCL and my prior Order by mail and email on Defendant, and to file proof of such service. (*See* ECF 26.) Plaintiff has not complied.

Accordingly, I am nunc pro tunc extending Plaintiff's deadline to file its PFFCL, to serve the PFFCL and the prior Order (ECF 26) on Defendant, and to file proof of such service until **September 24, 2026**. Plaintiff shall also serve this Order on Defendant and file proof of such service by **September 24, 2026**.

DATED: September 23, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**