UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IPC LENDER, LLC,

Plaintiff,

-against-

LED GREENLIGHT INTERNATIONAL, LLC,

Defendant.

26-CV-03104 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On September 1, 2026, I ordered Defendant to file its responses, if any, to Plaintiff's Proposed Findings of Fact and Conclusions of Law by October 13, 2026. (*See* ECF 26, Order ¶ 6.) To date, the Court has not received any responses from Defendant. Accordingly, I am nunc pro tunc extending the deadline for Defendant to file any responses to Plaintiff's Proposed Findings of Fact and Conclusions of Law until **October 20, 2026**.

Plaintiff is ORDERED to serve Defendant by mail and email a copy of this order by **October 15, 2026** at its last known address and email address and to file proof of such service on the docket by **October 15, 2026**.

DATED: October 14, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**